Date signed August 29, 2006



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

IN RE:                                              :
                                                    :
KENNETH HINES, JR.                                  :   Case No. 06-11358PM
                                                    :   Chapter 13
        Debtor                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - :

### CORRECTION
### TO MEMORANDUM OF DECISION
### ENTERED AUGUST 21, 2006

Upon consideration of the Motion to Correct the Record filed by Debtor's counsel, and good cause therefor, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED That page 1, paragraph 1, line 2, the sentence beginning "Inasmuch," is corrected to state as follows:

"The services appear to consist of filing the petition and schedules and attending the meeting of creditors, together with a Notice of Intent to Sell Property of the Debtor."

AND IT IS FURTHER ORDERED That the following phrase is stricken from page 2, paragraph 3, line 7:

"and the Debtor had not participated in a § 341 Meeting of Creditors."

cc:
Kenneth Hines, Jr., 13020 Rosebay Drive, Germantown, MD 20874
Sari Karson Kurland, Esq., 211 Jersey Lane, Rockville, MD 20850
Nancy S. Grigsby, Trustee, P.O. Box 958, Bowie, MD 20718

**End of Correction to Memorandum**